IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELECTRICAL SYSTEMS, INC.                                        PLAINTIFF

v.                            Case No. 3:10-cv-140-DPM

WESTERN SURETY COMPANY                                          DEFENDANT

ORDER

The Defendant's motions to admit Darcy Victoria Hennessy and Leslie Anne Boe *pro hac vice*, which comply with Local Rule 83.5(d), are granted. Ms. Hennessy and Ms. Boe must register with CM/ECF in the Eastern District of Arkansas by 16 August 2010.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 August 2010